```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ASHLEY JOHNSON,                                      22-cv-482 (JGK)

             Plaintiff,                ORDER

    - against -

SUNRISE BRANDS LLC, ET AL.,

             Defendants.

JOHN G. KOELTL, District Judge:

    The conference scheduled for May 2, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
          April 26, 2022

                                            John G. Koeltl
                                 United States District Judge