```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ASHLEY JOHNSON,

                Plaintiff,        22-cv-482 (JGK)

    - against -           ORDER

SUNRISE BRANDS LLC ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by May 20, 2022.

SO ORDERED.

Dated:    New York, New York
          May 5, 2022

                                      John G. Koeltl
                              United States District Judge