PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

December 2, 2022

**VIA ECF**

Hon. John G. Koeltl
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007-1312

Re:   Johnson v. Sunrise Brands LLC et al.;
      Case No. 1:22-cv-00482-JGK

Your Honor:

*[Handwritten: Application granted. So ordered. /s/ JGK 12/2/22 USDJ]*

We represent Defendants Sunrise Brands LLC, Diane Gilman Jeans LLC, and Rachael Barnard (collectively "Defendants") in the above-referenced matter. Pursuant to the Court's Orders dated November 4, 2022, and November 14, 2022 (the "Orders"), we write to respectfully request an extension of time for the parties to submit their settlement agreement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 200 (2d Cir. 2015). The parties' Cheeks submission is currently due on December 5, 2022 (30 days after the entry of the first of the Orders).[1] We respectfully request a short extension through and including December 7, 2022, as the undersigned counsel for Defendants is in arbitration on December 5 and 6, 2022.

Plaintiff's counsel, Daniela Nanau, Esq., consents to this extension.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Meredith Cavallaro

Meredith Cavallaro

Cc:   Daniela Nanau, Esq. (via ECF and electronic mail)

---

[1] 30 days after November 4, 2022 is Sunday, December 4, 2022. Pursuant to FRCP 6(a)(1), because December 4 is a Sunday, the deadline then falls on the next business day, which is Monday, December 5.